# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0541.  REGINA STANTON v. GREGORY RIGGINS.**

In this personal injury action, the jury awarded damages in the amount of $7,000 to plaintiff Regina Stanton.  Nonetheless, Stanton filed a notice of appeal in this Court.  We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures.  Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required under OCGA § 5-6-35.  See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).  Given Stanton's failure to file an application, this appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/14/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*